City, for appellant. C. J. Nehrbas, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, on opinion in Flaxman v. Hennessy, 74 Misc. Rep. 166, 134 N. Y. Supp. 145, affirmed on opinion below, 149 App. Div. 952, 134 N. Y. Supp. 1143. Order filed.

PERKINS et al. v. CONSOLIDATED ESTATES CO. (Supreme Court, Appellate Division, Third Department. September 27, 1912.) Action by Frank Perkins and another against the Consolidated Estates Company. No opinion. Order reversed, without costs, and motion granted, without costs, on the authority of Birmingham v. Squires, 139 App. Div. 129, 123 N. Y. Supp. 906.

PETUR, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by James Petur, by Samuel Petur, his guardian ad litem, against the Erie Railroad Company. No opinion. Motion denied, without costs. See, also, 151 App. Div. 578, 136 N. Y. Supp. 79.

PHILIPPINE SUGAR ESTATES DEVELOPMENT CO., Respondent, v. INTERNATIONAL BANKING CO., Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1912.) Action by the Philippine Sugar Estates Development Company against the International Banking Company. W. C. Prime, of New York City, for appellant. G. T. Kirby, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

PHILLIPS et al., Appellants, v. WISNER, Respondent. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Harriet H. Phillips and another, as administrators, etc., of Anna E. Comer, deceased, against Henry G. Wisner, as executor, etc., of John H. Comer, deceased. PER CURIAM. Judgment modified, so as to direct that sufficient funds be delivered to the plaintiffs to pay such legacies as remain unpaid, and also to meet expenses of administration and distribution, and, as so modified, affirmed, without costs to either party.

PHILLIPS, Respondent, et al. v. WISNER, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Harriet H. Phillips and George W. Murray, as administrators, etc., of Anna E. Comer, deceased, against Henry G. Wisner, as executor, etc., of John H. Comer, deceased. No opinion. Judgment (75 Misc. Rep. 278, 132 N. Y. Supp. 1006) affirmed, with costs.

PIERCE, Appellant, v. BOLLERT et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Benson H. Pierce against Florence B. Bollert and others. No opinion. Judgment affirmed, with costs.

PITTSBURGH-WESTMORELAND CO., Respondent, v. KERR et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by the Pittsburgh-Westmoreland Company against John K. Kerr and others. No opinion. Interlocutory judgment (135 N. Y. Supp. 1088) affirmed, with costs, with leave to the defendant to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal.

PLAINE, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Frances Plaine, an infant, etc., against the Brooklyn Heights Railroad Company and Henry Coghlan. No opinion. Judgment and order unanimously affirmed, with costs.

PLAISTED v. SYRACUSE, L. S. & N. R. CO. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by Nellie Plaisted against the Syracuse, Lake Shore & Northern Railroad Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

PORTER, Respondent, v. BOLDT, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) Action by Samuel J. Porter against George C. Boldt. No opinion. Judgment and order affirmed, with costs.

PORTER, Appellant, v. INTERNATIONAL RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 2, 1912.) Action by Louise Porter against the International Railway Company. No opinion. Motion granted, and appeal dismissed, with costs.

POUCH et al., Respondents, v. CANTUS, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Frederick H. Pouch and another, as executors, etc., of Alfred J. Pouch, deceased, against Josephine H. Cantus. No opinion. Order affirmed, with $10 costs and disbursements.

In re PUBLIC SERVICE COMMISSION. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) In the matter of the application of the Public Service Commission, etc., for the appointment of three commissioners, Steinway Tunnel and Queensboro Plaza Route. No opinion. Motion granted, and newspapers designated.

PYNE, Respondent, v. CURRAN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Anne Pyne against Catherine Curran and others. W. G. Mulligan, of New York City, for appellants. W. E. Ernst, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.